# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BARBARA A. SWINFORD,  :

    Plaintiff,

Case No. 3:12-cv-016

-vs-

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.  :

## ORDER

On Motion of the Plaintiff (Doc. No. 15) and Stipulation of the Parties (Doc. No. 16), Plaintiff is awarded $3,200.00 for attorney fees and expenses in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act in the above case. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

After the court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

November 6, 2012.

                                            Walter Herbert Rice
                                            United States District Judge